UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2016 JUL 13 PM 1: 30

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___TH___ DEPUTY

TELIT WIRELESS SOULTIONS, INC. )
)
)
vs. )      CASE NO. 16-MC-725
)
)      **PRAECIPE**
AXESSTEL, INC. )
_____ )

TO THE CLERK:

Please issue the Abstract of Judgment

PARTY NAMED ON THE ABSTRACT OF JUDGMENT:

Telit Wireless Solutions, Inc. v. Axesstel, Inc. , Case No. 16:MC-725

DATE: July 1, 2016

Date Issued: 7/13/16

Martin D. Goodman
Name
456 Montgomery Street, Suite 1300
Address
San Francisco, CA 94104

415-397-7956
Telephone

K:\COMMON\CSA\FORMS\PRAECIPE.WPD April 11, 2000 (1:56pm)