# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Telit Wireless Solutions, Inc | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Axesstel, Inc. | |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Silicon Valley Bank

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 4370 La Jolla Village Dr #1050 San Diego, CA 92122

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Martin D. Goodman, ESQ
Law Offices of Martin Goodman
456 Montgomery St #1300
San Francisco, CA 94104

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Galaxy Process Servers to serve:
Silicon Valley Bank
4370 La Jolla Village Dr #1050
San Diego, CA 92122

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 415 397.7956
DATE: 03.29.17

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date: 4-4-17

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45 | | | $45 | | |

REMARKS: 4/4/17 - Process Server served case. To be served by galaxy Process
04/03/17 - served by process server

**PRIOR EDITIONS MAY BE USED**    1. **CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

| Attorney or Party without Attorney: <br> MARTIN D GOODMAN, Bar #43( <br> LAW OFFICE OF MARTIN D GOODMAN <br> 456 MONTGOMERY STREET SUITE 1300 <br> SAN FRANCISCO, CA 94104 <br> Telephone No: 415-397-7956 <br><br> Attorney for: Plaintiff | **RECEIVED** <br> **U.S. MARSHALS-S/CA** <br><br> **2017 APR 10 AM 8:01** | | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Southern District Of California | | | | |
| Plaintiff: TELIT WIRELESS SOLUTIONS, INC | | | | |
| Defendant: AXESSTEL, INC | | | | |
| **PROOF OF SERVICE** <br> **BANK LEVY** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 16MC725 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (BANK LEVY) NOTICE OF LEVY; (2) MEMORANDUM OF GARNISHEE; WRIT

3. a. *Party served:*                  SILICON VALLEY BANK
   b. *Person served:*               KADIE SOBEL - DIRECTOR

4. *Address where the party was served:*     SILICON VALLEY BANK
                                                      4370 LA JOLLA VILLAGE DR # 1050
                                                      SAN DIEGO, CA 92122

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Apr. 03, 2017 (2) at: 2:16PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ROBERT ALBA                                        d. *The Fee for Service was:*    $47.50
   **b. GALAXY PROCESS SERVERS**                e.  I am: (3) registered California process server
      501 W. GLENOAKS SUITE # 808, Registration # 5374         *(i)*  Independent Contractor
      Glendale, CA 91202                                           *(ii)*  *Registration No.:*    2017009246
      c. 818-242-0000, FAX 818-845-1000                      *(iii)*  *County:*    Los Angeles
                                                                                         *(iv)*  *Expiration Date:*    Fri, May. 12, 2017

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date:   04-03-2017

                                                                                                                     (ROBERT ALBA)

Judicial Council Form POS-010                             **PROOF OF SERVICE**
Rule 2.150.(a)&(b) Rev January 1, 2007                       **BANK LEVY**                                                                   *goodman.118733*

| Attorney or Party without Attorney:<br>MARTIN D GOODMAN, Bar #43<br>LAW OFFICE OF MARTIN D GOODMAN<br>456 MONTGOMERY STREET SUITE 1300<br>SAN FRANCISCO, CA 94104<br>Telephone No: 415-397-7956<br><br>Attorney for: Plaintiff | RECEIVED<br>U.S. MARSHALS-S/CA<br><br>2017 APR 10 AM 8:01 | | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District Of California | | | | |
| Plaintiff: TELIT WIRELESS SOLUTIONS, INC | | | | |
| Defendant: AXESSTEL, INC | | | | |
| **PROOF OF MAILING**<br>**(MAILING) NOTICE OF LEV** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>16MC725 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (MAILING) NOTICE OF LEVY; WRIT OF EXECUTION; CLAIM OF EXEMPTION; EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENT; FINANCIAL STATEMENT; CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM ENFORECEMTN OF JUDGMENT

3. a. Party served: AXESSTEL, INC

4. Address where the party was served: AXESSTEL INC
   6815 FLANDERS DR SUITE # 210
   SAN DIEGO, CA 92121

5. I served the party:
   d. **by other means** On: Mon., Apr. 03, 2017 at: 5:00PM by mailing the copies to the person served, addressed as shown in item 2c, by First Class Mail, postage prepaid, from: Glendale, CA

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ROBERT ALBA
   b. **GALAXY PROCESS SERVERS**
   501 W. GLENOAKS SUITE # 808, Registration # 5374
   Glendale, CA 91202
   c. 818-242-0000, FAX 818-845-1000

   d. *The Fee* for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2017009246
      (iii) County: Los Angeles
      (iv) Expiration Date: Fri, May. 12, 2017

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct*

Date: 04-03-2017

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF MAILING
(MAILING) NOTICE OF LEVY

(ROBERT ALBA)

goodman.115981